IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:12-CV-17-RLV-DCK

| | |
|---|---|
| KELLI R. CERVEN, KEITH O. CERVEN, TERESA M. CERVEN, CFW VENDING LLC, and SHGI CORPORATION, <br><br> Plaintiffs, <br><br> v. <br><br> BLUE CROSS AND BLUE SHIELD OF NORTH CAROLINA AND BLUE CROSS AND BLUE SHIELD ASSOCIATION, <br><br> Defendants. | ORDER |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 18) concerning J. Robert Robertson, filed March 2, 2012. Mr. Robertson seeks to appear as counsel *pro hac vice* for Defendant Blue Cross and Blue Shield of North Carolina.

Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, Mr. Robertson is hereby admitted to appear before the Court *pro hac vice* on behalf of Defendant Blue Cross and Blue Shield of North Carolina.

Signed: March 2, 2012

David C. Keesler
United States Magistrate Judge