IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

CIVIL ACTION No. 5:12-CV-17-RLV-DCK

| | |
|---|---|
| Kelli R. Cerven, Keith O. Cerven, Teresa M. Cerven, CFW Vending LLC, and SHGI Corporation<br><br>Plaintiffs,<br><br>v.<br><br>Blue Cross and Blue Shield of North Carolina and Blue Cross and Blue Shield Association,<br><br>Defendants. | MOTION TO DISMISS OF DEFENDANT BLUE CROSS AND BLUE SHIELD OF NORTH CAROLINA |

## MOTION TO DISMISS OF DEFENDANT BLUE CROSS AND BLUE SHIELD OF NORTH CAROLINA

Pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), Defendant Blue Cross and Blue Shield of North Carolina, by and through its counsel, moves to dismiss Plaintiffs' Complaint with prejudice for lack of subject matter jurisdiction and for failure to state a claim upon which relief can be granted. The grounds for this motion are set forth more fully in the accompanying Brief.

[SIGNATURE PAGE FOLLOWS]

1

Respectfully submitted,

s/ Daniel R. Taylor, Jr.
Daniel R. Taylor, Jr.
N.C. Bar No. 7358
Adam H. Charnes
N.C. State Bar No. 32039
KILPATRICK TOWNSEND & STOCKTON, LLP
1001 West Fourth Street
Winston-Salem, NC 27101-2400
Telephone: (336) 607-7300
Fax: (336) 607-7500

J. Robert Robertson
District of Columbia Bar No. 501873
Robert F. Leibenluft
District of Columbia Bar No. 332312
HOGAN LOVELLS US LLP
555 Thirteenth Street, NW
Washington, DC 20004
Telephone: (202) 637-5774
Fax: (202) 637-5910

Emily M. Yinger
Virginia State Bar No. 44702
N. Thomas Connally
Virginia State Bar No. 36318
HOGAN LOVELLS US LLP
Park Place II
7930 Jones Branch Drive, 9th Floor
McLean, VA 22102
Telephone: (703) 610-6161
Fax: (703) 610-6200

Dated: April 30, 2012

*Counsel for Defendant*
*Blue Cross and Blue Shield of North Carolina*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 30, 2012, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

                                                     _s/ Daniel R. Taylor, Jr._