IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:12-CV-17-RLV-DCK

| | |
|---|---|
| KELLI R. CERVEN, KEITH O. CERVEN, TERESA M. CERVEN, CFW VENDING LLC, and SHGI CORPORATION, <br><br> Plaintiffs, <br><br> v. <br><br> BLUE CROSS AND BLUE SHIELD OF NORTH CAROLINA AND BLUE CROSS AND BLUE SHIELD ASSOCIATION, <br><br> Defendants. | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on "Defendants' Motion To Stay Proceedings Pending Resolution Of The Section 1407 Transfer Motion" (Document No. 84) filed October 29, 2012. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and is ripe for disposition. Having carefully considered the motion, the record, and applicable authority, the undersigned will grant the motion.

For the reasons stated in Defendants' motion and supporting briefs, the undersigned finds good cause to stay all proceedings in this matter until the Judicial Panel on Multidistrict Litigation rules on the pending motion to transfer this case pursuant to 28 U.S.C. § 1407.

**IT IS, THEREFORE, ORDERED** that "Defendants' Motion To Stay Proceedings Pending Resolution Of The Section 1407 Transfer Motion" (Document No. 84) is **GRANTED**.

**IT IS FURTHER ORDERED** that the parties shall file a Status Report on or before **February 1, 2013**.

SO ORDERED.

Signed: November 30, 2012

David C. Keesler
United States Magistrate Judge